# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (Boston)

| | | |
|---|---|---|
| Benjie Pratt, | ) | Civil No.: 1:26-cv-10590-AK |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | |
| | ) | District Judge Angel Kelley |
| Frank Bisignano, Commissioner, | ) | |
| Social Security Administration, | ) | |
| *Defendant.* | ) | |

**Defendant's Assented-to Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Reversal and Remand to the Defendant**

Pursuant to sentence four of 42 U.S.C. § 405(g), defendant respectfully moves

for entry of judgment reversing and remanding this action to the Commissioner. A

supporting memorandum of law and a proposed order are submitted herewith.

Respectfully Submitted,

Frank Bisignano,
Commissioner,
Social Security Administration

By His Attorneys

Leah B. Foley,
United States Attorney

*/s/ Luis Pere*
Luis Pere, BBO No. 678512
Special Assistant United States Attorney
Program Litigation 2
Social Security Administration
Law & Policy
OF COUNSEL:                    Attn: Program Litigation 2
Michael J. Pelgro             6401 Security Boulevard
Head of Program Litigation 2  617-565-4277
Social Security Administration  luis.pere@ssa.gov

1

## Local Rule 7.1 Certification

I have conferred with plaintiff's counsel, who assents to the relief requested in this motion.

/s/ Luis Pere
Luis Pere
Special Assistant U.S. Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**

| | | |
|---|---|---|
| Benjie Pratt, | ) | Civil No.: 1:26-cv-10590-AK |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | |
| | ) | District Judge Angel Kelley |
| Frank Bisignano, Commissioner, | ) | |
| Social Security Administration, | ) | |
| *Defendant.* | ) | |

### (Proposed) Order Entering Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Voluntary Reversal and <u>Remand to the Commissioner of Social Security</u>

The Court hereby allows defendant's Assented-to Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the case to defendant. This action is hereby reversed and remanded to the Commissioner of Social Security for further administrative proceedings. Upon remand, the ALJ will give further consideration to plaintiff's maximum residual functional capacity for the period after November 11, 2022, and provide a rationale with specific references to evidence of record in support of the assessed limitations. In so doing, the ALJ will evaluate the medical opinion evidence pursuant to the provisions of 20 C.F.R. §§ 404.1520c, 416.920c. The ALJ will also offer plaintiff the opportunity for a hearing; take further action to complete the administrative record; and issue a new decision.

SO ORDERED this _____ day of _____, 2026.

_____
Angel Kelley, U.S. District Judge