**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**

| | | |
|---|---|---|
| Benjie Pratt,<br>*Plaintiff,*<br><br>vs.<br><br>Frank Bisignano, Commissioner,<br>Social Security Administration,<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.: 1:26-cv-10590-AK<br><br><br><br>District Judge Angel Kelley |

**STIPULATION AS TO ATTORNEY'S FEES**

Now come the parties, by and through undersigned counsel, and pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, hereby stipulate and agree to a lump sum payment of said fees in the amount of **$4,897.38**. Additionally, the parties agree to a payment of **$405.00**[1] in costs, to be paid from the Judgment Fund by the Department of the Treasury, if so ordered by the court, pursuant to 31 U.S.C. § 1304. These payments are made in full settlement and satisfaction of any and all claims in this action to date..

In *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Supreme Court ruled that attorney fees awarded under the EAJA are payable to the prevailing party and not to the prevailing party's attorney. Any fees awarded under the EAJA are subject to offset under the Treasury Offset Program if the prevailing party owes a debt to the government at the time the EAJA fees are awarded. As a convenience to plaintiff's counsel, the Commissioner would accept an assignment of EAJA fees by the plaintiff to plaintiff's counsel and pay EAJA fees directly to plaintiff's counsel if it is subsequently established by the Secretary of the Treasury that the prevailing party owes no debt to the government that would be subject to offset under the Treasury Offset Program.[2]

---

[1] Receipt number AMADC-11529419 (ECF 1).

[2] If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record.

Respectfully Submitted,

Frank Bisignano,
Commissioner,
Social Security Administration

By His Attorneys

Leah Foley,
United States Attorney

*<u>/s/ Luis Pere</u>*
Luis Pere, BBO No. 678512
Special Assistant United States Attorney
Program Litigation 2
Social Security Administration
Law & Policy
Attn: Program Litigation 2
6401 Security Boulevard
Baltimore, MD 21235
617-565-4277
luis.pere@ssa.gov

*<u>/s/ Kaylin Pelletier</u>*
Kaylin Pelletier
Green & Greenberg
365 Eddy Street, Ste. 5
Providence, RI 02903
401-206-7531
kaylin@pelletier-law.com

Dated:

The foregoing Stipulation is hereby approved this 30th day of September, 2026. So Ordered.

/s/ Angel Kelley

Angel Kelley
UNITED STATES DISTRICT JUDGE